UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER I. DUNLAP, | ) CV 14-06863-DOC (SH) |
| Petitioner, | ) ORDER ACCEPTING THE<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES MAGISTRATE<br>) JUDGE |
| v. | |
| JEFFREY BEARD, Secretary of CDCR, | |
| Respondents. | |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed with prejudice.

DATED: November 21, 2014

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE